**Brief Stricken and Order filed July 2, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00414-CV
_____

### IN THE MATTER OF A.J.F., A CHILD

**On Appeal from County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. 19-JV-0022**

## ORDER

Page 10 of appellant's brief discloses the name of a child in this juvenile certification appeal in violation of Tex. R. App. P. 9.8(c)(1)(A).

Accordingly, appellant's brief is **STRICKEN**. Appellant is ordered to file a brief that complies Tex. R. App. P. 9.8(b)(1) by **July 12, 2019**.

The brief filed in the companion appeals of 14-19-00415-CV and 14-19-00416-CV is not stricken.

PER CURIAM